# Court of Appeals
# of the State of Georgia

ATLANTA,  December 09, 2015

*The Court of Appeals hereby passes the following order:*

## A16E0018. TONYA MARIE SCRUGGS v. ROBERT CHRISTOPHER SCRUGGS.

On November 10, 2015, the trial court entered a final judgment and decree of divorce in this matter. On December 3, 2015, Respondent Tonya Marie Scruggs filed an emergency motion seeking an extension of time in which to file a discretionary application. However, the motion was rejected because it did not append a copy of the order being appealed as required by Georgia Court of Appeals Rule 40 (b) (2). On December 8, 2015, Scruggs subsequently refiled her emergency motion with a copy of the trial court's order. The Supreme Court, however, has exclusive jurisdiction over "[a]ll divorce and alimony cases." Georgia Constitution of 1983, Art. VI, Sec. VI, Par. III (6). This emergency motion is therefore TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*  12/09/2015
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*